IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Complainant, | * | |
| vs. | * | CASE NUMBER 2:07cr282-WKW |
| LUIS SOLANO, ET AL. | * | |
| (PATRICK WAYNE DISMUKES), | * | |
| Defendants. | * | |

## WAIVER OF ARRAIGNMENT
## DEFENDANT PATRICK WAYNE DISMUKES

I, PATRICK WAYNE DISMUKES, charged in a 2nd Superseding Indictment pending in the Middle District of Alabama in violation of Title 21 U.S.C. §§ 841(a)(1), 843(b) & 846 in the above styled case do hereby *waive (give up)* my right to appear at an arraignment.

I acknowledge and affirm that I have received and reviewed a copy of the indictment and have agreed to enter a plea of not guilty.

_1/16/08_
**Date**

_Patrick Wayne Dismukes_
**Defendant**

_[signature]_
**Counsel for Defendant**

*The defendant's request to waive appearance at the arraignment is hereby APPROVED.*

_____          _____
Date                                 Judicial Officer