IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Complainant, | * |
| vs. | * CASE NUMBER 2:07cr282-WKW |
| LUIS SOLANO, ET AL. | * |
| (PATRICK WAYNE DISMUKES), | * |
| Defendants. | * |

**WAIVER OF ARRAIGNMENT**
**DEFENDANT PATRICK WAYNE DISMUKES**

I, PATRICK WAYNE DISMUKES, charged in a 2nd Superseding Indictment pending in the Middle District of Alabama in violation of Title 21 U.S.C. §§ 841(a)(1), 843(b) & 846 in the above styled case do hereby *waive (give up)* my right to appear at an arraignment.

I acknowledge and affirm that I have received and reviewed a copy of the indictment and have agreed to enter a plea of not guilty.

_1/16/08_  _Patrick Wayne Dismukes_
Date                                     Defendant

                                         _[signature]_
                                         Counsel for Defendant

*The defendant's request to waive appearance at the arraignment is hereby APPROVED.*

_Jan 18, 2008_  _[signature]_
Date                                     Judicial Officer

1