**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | CASE NO.  2:07CR-282-WKW |
| | ) | |
| **PATRICK WAYNE DISMUKES** | ) | |

**ORDER**

Upon consideration of the defendant's *Motion to Suppress Evidence* (Doc. #197) filed March 19, 2008, and for good cause, it is

**ORDERED** that an evidentiary hearing on the motion be and is hereby set for **May 28, 2008** at **10:00 a.m., in courtroom 4-B**, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The Clerk is directed to provide a court reporter for this proceeding   If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding.

Done this 21st day of March, 2008.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE