IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr282-WKW |
| | ) | |
| PATRICK WAYNE DISMUKES | ) | |

**ORDER**

On June 3, 2008, the Magistrate Judge filed a Recommendation (Doc. # 214) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation (Doc. # 214) is ADOPTED; and

2. The Motion to Suppress (Doc. # 197) is DENIED.

Done this 20th day of June 2008.

                                              /s/  W.  Keith Watkins
                                            UNITED STATES DISTRICT JUDGE