IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Complainant, | * |
| vs. | *    **CASE NUMBER   2:07cr282-WKW** |
| LUIS SOLANO, ET AL. | * |
| (PATRICK WAYNE DISMUKES), | * |
| Defendants. | * |

**MOTION TO CONTINUE CASE**

Counsel for the Defendant, PATRICK WAYNE DISMUKES, moves to continue this case to the next term of court. This case is scheduled for trial on August 18, 2008. Counsel had lost contact with his client in the Mr. Dismukes had left the area and was recently arrested by federal marshals in Utah. Counsel needs additional time to prepare because of this unusual situation and occurrence.

Counsel has co-ordinated this with the government counsel who has no objection.

Dated this 31st day of July, 2008.

                Respectfully submitted,

                s/Everett M. Urech
                EVERETT M. URECH
                AL BAR NO.: ASB-6693-E44E
                Attorney for Defendant
                Urech & Livaudais, P.C.
                P.O. Drawer 70
                510 N. Daleville Ave
                Daleville, AL 36322
                TEL: (334) 598-4455
                FAX: (334) 598-2076
                E-Mail: daleattyeu@graceba.net

CERTIFICATE OF SERVICE

     I hereby certify that on 31st day of July, 2008, I electronically filed the foregoing with theClerk of the Court using the CM/ECF system, which will send notification of such filing tothe following: Clark Morris, Assistant United States Attorney, Criminal Division, Office of the United States Attorney, 131 Clayton Street, Montgomery, Alabama 36101-0197.

                                      s/Everett M. Urech
                                      EVERETT M. URECH