IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:07CR282-WKW |
| | ) | |
| PATRICK WAYNE DISMUKES | ) | |

**ORDER**

On August 12, 2008, the defendant appeared with counsel for an initial appearance on a petition to revoke his pretrial release. After being advised of the charges on which the petition is based, his right to a hearing and the consequences of failing to contest the charges, the defendant on the advice of counsel declined to contest the charges contained in the petition. Accordingly, it is

ORDERED that Dismukes' release pending trial be and is hereby REVOKED and that he be and is hereby committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

Done this 12th day of August, 2008.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE