IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Complainant, | * |
| vs. | * CASE NUMBER 2:07cr282-WKW |
| LUIS SOLANO, ET AL. | * |
| (PATRICK WAYNE DISMUKES), | * |
| Defendants. | * |

**NOTICE OF INTENT TO CHANGE PLEA**

**COMES NOW** the undersigned counsel for the Defendant, PATRICK WAYNE DISMUKES, and gives notice that Mr. Dismukes desires to change his plea to guilty.

Dated this 15th day of August 2008.

Respectfully submitted,

s/Everett M. Urech
EVERETT M. URECH
AL BAR NO.: ASB-6693-E44E
Attorney for Defendant
Urech & Livaudais, P.C.
P.O. Drawer 70
510 N. Daleville Ave
Daleville, AL 36322
TEL: (334) 598-4455
FAX: (334) 598-2076
E-Mail: daleattyeu@graceba.net

CERTIFICATE OF SERVICE

      I hereby certify that on the 15th day of August, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Clark Morris, Assistant United States Attorney, Criminal Division, Office of the United States Attorney, 131 Clayton Street, Montgomery, Alabama 36101-0197.

                s/Everett M. Urech
                EVERETT M. URECH